JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | ) Case No. CV 14-4508-JAK (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| D. DAVEY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 2, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE